**Kelly D. Jones**, O.S.B. No. 074217
kellydonovanjones@gmail.com
Kelly D. Jones, Attorney at Law
Attorney for Plaintiff
819 SE Morrison St., Suite 255
Portland, OR 97214
Telephone (503) 847-4329
Fax (503) 715-0524

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| Barbara J. Knotts, | Case No.: 3:13-cv-01005-KI |
| Plaintiff, | |
| v. | STIPULATED MOTION AND ORDER OF DISMISSAL |
| Bonneville Billing and Collections, Inc., a Utah corporation, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, through respective counsel of both parties, that pursuant to FRCP 41(a), all of Plaintiff's claims against Defendant and any claims/counterclaims of Defendant against Plaintiff shall be dismissed with prejudice and without costs and attorney fees to any party.

DATED: September 18, 2013.

/s/ Kelly D. Jones
Kelly D. Jones, OSB No.: 074217
Attorney for Plaintiff

Dated: September 18, 2013.

/s/ Jeffrey I. Hasson
Jeffrey I. Hasson, OSB No.: 872419
Attorney for Defendant

ORDER

Based upon the stipulation above, all claims by and between Plaintiff and defendants are hereby DISMISSED WITH PREJUDICE and without an award of attorneys' fees or costs to either party. This case is fully and finally resolved, and the Clerk is directed to close this matter on the Court's docket.

IT IS SO ORDERED.

Dated: 9/23/, 2013

_____
U.S. District Court Judge